# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40594** |
| **Appellant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Brian F. FIGUEROA, JR.** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | **Panel 2** |
| **Appellee** | ) | |

On 3 February 2025, Appellant submitted a Motion to Withdraw from Appellate Review and Motion to Attach. On 7 February 2025, Appellant submitted a Motion for Leave to Withdraw and Refile Motion to Withdraw from Appellate Review and Attach, requesting to substitute the 7 February 2025 motion for the 3 February 2025 motion. In the 7 February 2025 motion, Appellant requested (1) withdrawal from appellate review and (2) to attach the following documents relating to Appellant's case: (a) a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 7 February 2025; (b) the entry of judgment (EoJ), dated 27 December 2023; (c) the Statement of Trial Results (STR), dated 16 November 2023; (d) the first indorsement to the EoJ by the staff judge advocate, dated 27 December 2023; and (e) the first indorsement to the STR by the staff judge advocate, dated 17 November 2023.

The Government did not submit any opposition.

Accordingly, it is by the court on this 12th day of February, 2025,

**ORDERED:**

Appellant's Motion for Leave to Withdraw and Refile Motion to Withdraw from Appellate Review and Attach, dated 7 February 2025, is **GRANTED**.

Appellant's Motion to Withdraw from Appellate Review and Attach, dated 7 February 2025, is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

OLGA STANFORD, Capt, USAF
Chief Commissioner